AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Michael Owen Harriot, | |
|---|---|
| *Plaintiff* | |
| v. | ) Civil Action No.  1:20-cv-01266-JFA |
| | ) |
| | ) |
| United States *(United States Marshals "USM")*; | ) |
| Unknown USM; Unknown Deputy Marshals; FBI Robert Waizenhofer, | ) |
| *Defendants* | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Michael Owen Harriot, shall take nothing of the defendants, United States *(United States Marshals "USM")*, Unknown USM, Unknown Deputy Marshals and FBI Robert Waizenhofer and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., Senior United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:  August 5, 2020                                                   *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                   s/L. Baker

                                                                                                   *Signature of Clerk or Deputy Clerk*